IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40008
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VICTOR MANUEL CADENA-SANCHEZ,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L:94-CR-169
- - - - - - - - - - -
August 23, 1995

Before KING, JOLLY, and WIENER, Circuit Judges.

PER CURIAM:[*]

The appeal of Victor Manuel Cadena-Sanchez, in which court-appointed counsel has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), raises no issue of arguable merit. Therefore, the motion of counsel to withdraw is GRANTED, and the appeal is DISMISSED. See United States v. Jackson, 578 F.2d 1162, 1164 (5th Cir. 1978); 5th Cir. R. 42.2.

---

[*]Local Rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the court has determined that this opinion should not be published.